Vahe Khojayan (SBN261996)
KG Law, APC
1010 N. Central Ave. Ste 450
Glendale, CA 91202
Tel: (818) 245-1340
Fax: (818) 245-1341
E-mail: vahe@lawyer.com

Attorneys for Plaintiff
Jasmena Grigoryan

**FILED & ENTERED**

AUG 09 2018

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza  **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>　　JASMENA GRIGORYAN<br><br>　　　　　　　　　　　Debtors.<br><br>JASMENA GRIGORYAN<br>　　　　　　　　　　　Plaintiff<br>v.<br><br>TROJAN CAPITAL INVESTMENTS, LLC,<br>　　　　　　　　　　　Defendant(s) | Case No: 2:17-bk-14769-VZ<br><br>Chapter 13<br><br>Adversary Case No: 2:18-ap-01202-VZ<br><br>**STIPULATED JUDGMENT DETERMINING VALUE OF REAL PROPERTY AND BIFURCATING AND AVOIDING PART OF THE LIEN OF TROJAN CAPITAL INVESTMENTS, LLC**<br><br>**Complaint filed on:** June 8, 2018<br><br>**Status Conference:**<br>Date: August 30, 2018<br>Time: 10:00AM<br>Location: Courtroom 1368, 255 E. Temple Street, Los Angeles, CA 90012 |

　　Pursuant to STIPULATION BETWEEN PLAINTIFF JASMENA GRIGORYAN AND DEFEDANT TROJAN CAPITAL INVESTMENTS, LLC RESOLVING THE ADVERSARY

PORCEEDING AND FOR ENTRY OF JUDGMENT" ("Stipulation"), the court enters Judgment in this adversary proceeding as follows:

1. The value of Real Property located at 356 W. California Ave, #14, Glendale, CA 91203 is $448,500.00.

**2.** Trojan Capital Investments LLC's ("Trojan") lien on the Plaintiff's property located at 356 W. California Ave, #14, Glendale, CA 91203 ("Real Property") shall be bifurcated into two portions: secured lien held by Trojan and secured by the Second Deed of Trust on the Real Property in the amount of $104,631.72 ("Secured Portion") and fully unsecured claim in the amount of $57,576.57 ("Unsecured Portion").

3. Trojan shall maintain its lien secured by a second deed of trust against the Real Property in the amount of $104,631.72 ("Secured Portion").

4. Plaintiff shall pay the Secured Portion in full through her Chapter 13 Plan. Payments toward the secured portion shall be made by the Chapter 13 trustee from the plan payments made by Plaintiff.

5. Upon completion of Plaintiff's Chapter 13 Plan, Trojan shall record a reconveyance of its deed of trust held against the Real Property and treat its lien as paid in full and its claim against Plaintiff as fully satisfied.

6. Upon the 1) entry of ORDER APPROVING STIPULATION BETWEEN PLAINTIFF JASMENA GRIGORYAN AND DEFENDANT TROJAN CAPITAL INVESTMENTS, LLC RESOLVING THE ADVERSARY PROCEEDING AND FOR ENTRY OF JUDGMENT, and 20 Confirmation of the Plaintiff's Chapter 13 Plan in Case No 2:17-bk-14769-VZ Plaintiff shall cease making Adequate Protection Payments to Trojan under the Adequate Protection Order (entered in the Case No 2:17-bk-14769-VZ on August 22, 2017 as Docket no. 27). The only payment that Trojan shall receive will be made by Plaintiff through her Chapter 13 Plan.

7. Upon confirmation of the Plaintiff's Chapter 13 Plan in Case No. 2:17bk-14769-VZ, the provisions of the STIPULATION BETWEEN PLAINTIFF JASMENA GRIGORYAN AND DEFENDANT TROJAN CAPITAL INVESTMENTS, LLC RESOLVING THE ADVERSARY PROCEEDING AND FOR ENTRY OF JUDGMENT [Docket No. 10], concerning payments to Trojan supersede the provisions of the Adequate Protection Order.

8. Trojan shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Plaintiff's chapter 13 case, the conversion of the Plaintiff's chapter 13 case to Chapter 7, or if the Real Property is sold or refinanced prior to the Plaintiff's completion of the chapter 13 plan, or receipt of a chapter 13 discharge.

9. The avoidance of the Unsecured Portion of Trojan's lien is effective upon completion of the chapter 13 plan, or receipt of a chapter 13 discharge in this case.

10. The Unsecured Portion of Trojan's claim shall be treated as general unsecured claim in Plaintiff's Chapter 13 Plan and paid according to the terms of the confirmed Chapter 13 Plan.

###

Date: August 9, 2018

_____
Vincent P. Zurzolo
United States Bankruptcy Judge